709 A.2d 904

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Charles C. GEHMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Feb. 5, 1998.

Decided May 19, 1998.

Robert P. Snyder, King of Prussia, for Charles C. Gehman.

Michael D. Marino, Dist. Atty., Mary MacNeil Killinger, Patricia E. Coonahan, Asst. Dist. Attys., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.